IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Hooker, Willie D | Case Number: 05 B 04616 |
|---|---|---|
| | Hooker, Victoria | Judge: Squires, John H |
| | Printed: 5/13/08 | Filed: 2/11/05 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:     Completed: May 9, 2008
Confirmed: April 6, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 10,800.00 | |
| Secured: | | 0.00 |
| Unsecured: | | 8,004.16 |
| Priority: | | 0.00 |
| Administrative: | | 2,244.00 |
| Trustee Fee: | | 551.84 |
| Other Funds: | | 0.00 |
| Totals: | 10,800.00 | 10,800.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | David M Siegel | Administrative | 2,244.00 | 2,244.00 |
| 2. | Aspire Visa | Unsecured | 117.70 | 194.20 |
| 3. | Portfolio Recovery Associates | Unsecured | 282.93 | 466.85 |
| 4. | World Financial Network Nat'l | Unsecured | 19.02 | 31.39 |
| 5. | Aurora Loan Service | Unsecured | 864.57 | 1,426.60 |
| 6. | Jefferson Capital | Unsecured | 223.47 | 368.87 |
| 7. | World Financial Network Nat'l | Unsecured | 93.94 | 155.04 |
| 8. | Credit First | Unsecured | 42.64 | 70.35 |
| 9. | Seventh Avenue | Unsecured | 60.40 | 99.67 |
| 10. | RoundUp Funding LLC | Unsecured | 1,988.79 | 3,281.75 |
| 11. | World Financial Network Nat'l | Unsecured | 51.33 | 84.73 |
| 12. | Capital One | Unsecured | 309.78 | 0.00 |
| 13. | ECast Settlement Corp | Unsecured | 590.73 | 974.74 |
| 14. | ECast Settlement Corp | Unsecured | 61.85 | 102.10 |
| 15. | Capital One | Unsecured | 163.94 | 270.56 |
| 16. | Capital One | Unsecured | 191.02 | 0.00 |
| 17. | Midnight Velvet | Unsecured | 109.33 | 180.38 |
| 18. | American General Finance | Unsecured | 179.88 | 296.93 |
| 19. | CitiMortgage Inc | Secured | | No Claim Filed |
| 20. | CitiMortgage Inc | Secured | | No Claim Filed |
| 21. | Brylane Home | Unsecured | | No Claim Filed |
| 22. | AutoPass | Unsecured | | No Claim Filed |
| 23. | Alliance | Unsecured | | No Claim Filed |
| 24. | Lane Bryant | Unsecured | | No Claim Filed |
| 25. | ADT Security Systems | Unsecured | | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Hooker, Willie D | Case Number: 05 B 04616 |
| --- | --- | --- |
| | Hooker, Victoria | Judge: Squires, John H |
| | Printed: 5/13/08 | Filed: 2/11/05 |

| | | | | |
| --- | --- | --- | --- | --- |
| 26. | J C Penney Co Inc | Unsecured | | No Claim Filed |
| 27. | Household | Unsecured | | No Claim Filed |
| 28. | MCI | Unsecured | | No Claim Filed |
| 29. | Wal Mart Stores | Unsecured | | No Claim Filed |
| 30. | Wal Mart Stores | Unsecured | | No Claim Filed |
| 31. | Portfolio Recovery Associates | Unsecured | | No Claim Filed |
| 32. | Radio Shack | Unsecured | | No Claim Filed |
| 33. | Loyola University Medical Center | Unsecured | | No Claim Filed |
| 34. | Superior Air Ground | Unsecured | | No Claim Filed |
| 35. | Loyola University Phys Foundation | Unsecured | | No Claim Filed |
| 36. | Bedfair | Unsecured | | No Claim Filed |
| 37. | Spiegel | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 7,595.32 | $ 10,248.16 |

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
| --- | --- |
| 4% | 18.75 |
| 3% | 10.70 |
| 5.5% | 195.91 |
| 5% | 41.08 |
| 4.8% | 86.34 |
| 5.4% | 199.06 |
| | _____ |
| | $ 551.84 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_[signature]_